IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30944
Conference Calendar
_____


DARRELL MORGAN,

Petitioner-Appellant,

versus

ORLEANS PARISH PRISON; CHARLES C. FOTI, JR.,

Respondents-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CV-2568 D
- - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

Darrell Morgan appeals the district court's dismissal of his
28 U.S.C. § 2254 petition.  Morgan filed his petition as a pre-
trial detainee in Orleans Parish Prison on state charges.  The
district court construed the petition under § 2241 and dismissed
it without prejudice because Morgan failed to exhaust state
remedies.

We have reviewed the record and Morgan's arguments on
appeal, and we perceive no reversible error.  Accordingly, we

_____

    *  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

affirm the dismissal for essentially the reasons stated by the district court.  (<u>Morgan v. Orleans Parish Prison</u>, No. 95-CV-2568 D).

APPEAL DISMISSED.